Jacob N. Maehl et al., appellees, v. Lew L. Balch et al., defendants. Ethel M. Balch et al., appellants. Gen. No. 37,158.

Opinion filed June 15, 1934.

Jacob G. Grossberg, for appellants. Teller, Levit, Silvertrust & Levi, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

In re Petition of Owen McGivney, appellant, Arrested at the Suit of Walter Krug, appellee. Gen. No. 37,217.

Opinion filed June 15, 1934.

Adams, Adams & White, for appellant; J. Thompson White, of counsel. Vincent G. Gallagher and Bernard McDevitt, Jr., for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

## SECOND DISTRICT.

Frand N. Reed, defendant in error, v. Frank S. Rivers et al., plaintiffs in error. Gen. No. 8,699.

Opinion filed May 10, 1934.

David G. Robertson, for plaintiffs in error. R. W. Churchill, for defendant in error.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

Bertha M. Phelps, appellee, v. Charles Bark et al., appellants. Gen. No. 8,711.

Opinion filed May 10, 1934.

Cliffe, Hamsmith & Castle, for appellants; A. E. Butters, of counsel. Frank E. Maynard, T. O. Prather and Lowell B. Smith, for appellee.

Mr. Presiding Justice Wolfe delivered the opinion of the court.